# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:05CV00333** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **ODETTE TURNIPSEED and** | : | **PLAINTIFFS** |
| **ELTON TURNIPSEED** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et. al.** | : | **DEFENDANTS** |

## ORDER

Plaintiffs' unopposed Motion to Compel Bayshore Medical Center to Comply With Subpoena (Doc. No. 22) is GRANTED.

IT IS SO ORDERED this 15th day of August, 2008.

        /s/ Wm. R. Wilson, Jr.
        UNITED STATES DISTRICT JUDGE